UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTREAL D. HEMPHILL, SR., | 1:06-cv-01103-AWI-NEW-DLB P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5) |
| vs. | **ORDER DISMISSING ACTION** |
| ROD SHULMAN, et al., | |
| Defendants. | |

Montreal D. Hemphill, Sr. ("Plaintiff"), a prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 11, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.   The Findings and Recommendation, filed December 11,
8  2006, are ADOPTED IN FULL; and,
9  2.   This action is DISMISSED for Plaintiff's failure to
10 prosecute.
11 3.   The Clerk of Court is DIRECTED to enter judgment in
12 accordance with this Order.

15 IT IS SO ORDERED.
16 **Dated:   March 13, 2007**              /s/ Anthony W. Ishii
   0m8i78                               UNITED STATES DISTRICT JUDGE